# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133333(84)(85)(86)

JOHN WOLF and DARLENE WOLF,
      Plaintiffs-Appellants,

v

HOMECOMINGS FINANCIAL NETWORK,
INC.,
      Defendant-Appellee.

SC: 133333
COA: 270169
Jackson CC: 06-000036-CH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's April 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

_____
Clerk

d0515